## Commonwealth *v.* Geisler, Appellant.

Submitted June 8, 1970. *Ralph W. D. Levan,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gittlemacker, Appellant.

Submitted June 8, 1970. *Jack Gittlemacker,* appellant, in propria persona; *Stewart J. Greenleaf* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.